# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CHRIMAR SYSTEMS, INC.,
          Plaintiff(s),

v.

POWERDSINE, LTD., ET AL,
          Defendant(s).
_____/

CASE NUMBER: 01-CV-74081-DT

HONORABLE LAWRENCE P. ZATKOFF

MAGISTRATE JUDGE THOMAS A. CARLSON

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

This case appears to be a companion case to **01-CV-71113-DT**. Pursuant to **LR 83.11**, the Clerk is directed to reassign this case to the docket of the HONORABLE AVERN COHN and MAGISTRATE JUDGE WALLACE CAPEL, JR..

_____
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

_____
AVERN COHN
UNITED STATES DISTRICT JUDGE

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers. Please indicate the appropriate case type: **CIVIL.**

If the District Judge assigned to the companion case is located at another place of holding court, the new case number is _____.

Date: 4-17-02

_____
Deputy Clerk

cc:  Counsel of Record
      Receiving Judge