UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRIMAR SYSTEMS, INC.,

        Plaintiff(s),                CASE NUMBER: 01-74081

v.                                      HONORABLE AVERN COHN

POWERDSINE, LIMITED,

        Defendant(s).
                                /

## ORDER

This is a patent case. The patent in suit is U.S. Patent No. 5,406,260.

Plaintiff shall designate

    1.    The paradigm claim and

    2.    The paradigm and accused device

within 30 days. The case shall go forward on the paradigm and paradigm accused device. Proceedings on other asserted claims and other accused devices are STAYED until further order of the Court.

The Court has issued a separate scheduling order relating to close of discovery and the like.

    SO ORDERED

Dated: August 31, 2006                s/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 31, 2006, by electronic and/or ordinary mail.

                                                  s/Julie Owens
                                                  Case Manager, (313) 234-5160