UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
MAR 31 2010
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

| | | |
|---|---|---|
| CHRIMAR SYSTEMS, INC.<br>d/b/a CMS TECHNOLOGIES, INC.<br>a Michigan corporation, | ) ) ) ) | Civil Action No. 01-74081<br><br>Honorable Avern Cohn |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| POWERDSINE, LTD., an Israel corporation,<br>and POWERDSINE CORP., a New York<br>corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

**AGREED ORDER OF DISMISSAL**

CAME ON TO BE CONSIDERED the Agreed Motion To Dismiss With Prejudice of ChriMar and PowerDsine. The Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims made by ChriMar against PowerDsine and all claims made by PowerDsine against ChriMar therein are hereby DISMISSED with prejudice to the re-filing of same. All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

This Court will retain Jurisdiction for purposes of enforcing the Settlement Agreement between the parties.

SIGNED THIS 31st day of March, 2010.

_____
HONORABLE AVERN COHN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
MAR 3 1 2010
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

| | | |
|---|---|---|
| CHRIMAR SYSTEMS, INC. | ) | Civil Action No. 01-74081 |
| d/b/a CMS TECHNOLOGIES, INC. | ) | |
| a Michigan corporation, | ) | Honorable Avern Cohn |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| POWERDSINE, LTD., an Israel corporation, | ) | |
| and POWERDSINE CORP., a New York | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Confidential Settlement Agreement and License Agreement, the Plaintiff, ChriMar Systems, Inc. d/b/a CMS Technologies Inc. ("ChriMar") and Defendants PowerDsine Ltd. and PowerDsine Corporation ("PowerDsine") have agreed to settle, adjust and compromise all claims in the above-captioned action. The parties therefore, move this Court to dismiss the above-entitled cause and all claims by ChriMar against PowerDsine and all claims by PowerDsine against ChriMar made therein with prejudice to the re-filing of same. The Parties further request that the proposed Order accompanying this motion be entered on April 5, 2010, unless requested earlier by counsel for Plaintiff.

The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

A proposed Order accompanies this Motion.

AGREED:

by _____
   RICHARD W. HOFFMANN (P42352)
   Reising Ethington Barnes Kisselle PC
   755 West Big Beaver Road, Suite 1850
   PO Box 4390
   Troy, Michigan 48099-4390
   Telephone:  248.689.3500
   Facsimile:  248.689.4071
   Email:      hoffmann@reising.com

*Counsel for Plaintiff ChriMar Systems, Inc.*
*d/b/a CMS Technologies, Inc.*

Date: ___9  Feb  2010_____

by _____
   MONTE M.F. COOPER
   Orrick Herrington & Sutcliffe LLP
   1000 Marsh Road
   Menlo Park, California 94025
   Telephone:  650.614.7400
   Facsimile:  650.614.7401
   Email:      mcooper@orrick.com

*Counsel for Defendants PowerDsine, Ltd,*
*and PowerDsine Corp.*

Date: ___Feb. 12, 2010_____